■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE NELSON, Appellant. [702 NYS2d 884] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered June 29, 1998, convicting him of attempted promoting prison contraband in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly and voluntarily pleaded guilty. Accordingly, appellate review of the claims raised is precluded (*see, People v Kemp,* 94 NY2d 831; *People v Callahan,* 80 NY2d 273; *People v Rodriguez,* 55 NY2d 776; *People v Ortiz,* 233 AD2d 955). O'Brien, J. P., Sullivan, Goldstein, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM PABON, Appellant. [702 NYS2d 907] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 22, 1979, dismissing an appeal from a judgment of the Supreme Court, Queens County, rendered May 11, 1979 (*see also, People v Pabon,* 175 AD2d 270).

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Goldstein and Smith, JJ., concur.